*Summary Disposition March 9, 2016:*

People v English, No. 153084; Court of Appeals No. 330389. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand

this case to the Court of Appeals for consideration as on leave granted. We note that a similar issue is presented in *People v Smith* (Docket No. 153085), which we remanded to the Court of Appeals for consideration as on leave granted by order dated March 9, 2016.